NOT RECOMMENDED FOR FULL-TEXT PUBLICATION
File Name:  05a0040n.06
Filed:  January 13, 2005

**No. 03-2406**

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| ROBERT J. BOWMAN, | ) | |
| | ) | |
| Plaintiff-Appellant, | ) | |
| | ) | |
| v. | ) | ON APPEAL FROM THE UNITED |
| | ) | STATES DISTRICT COURT FOR THE |
| KNAPE & VOGT MANUFACTURING | ) | WESTERN DISTRICT OF MICHIGAN |
| COMPANY, | ) | |
| | ) | |
| Defendant-Appellee. | ) | |

Before:  DAUGHTREY, COOK, and FARRIS,[*] Circuit Judges.

PER CURIAM.  Robert Bowman appeals the district court's order granting summary judgment for

Knape & Vogt Manufacturing Company.  After hearing oral argument and reviewing the record, the

parties' briefs, and the applicable law, this court determines that no jurisprudential purpose would

be served by a panel opinion and affirms the district court's decision for the reasons stated in that

court's opinion.

---

[*]The Honorable Jerome Farris, United States Circuit Judge for the Ninth Circuit Court of Appeals, sitting by designation.